Case 3:11-cv-00152-IPJ   Document 11   Filed 07/26/11   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| MARSHA ALLEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 11-J-152-NW ) |
| TOWN OF CHEROKEE, et al., | ) ) |
| Defendants. | ) |

### Memorandum Opinion

The case is before the court on the defendants' motion to dismiss (doc. 2) and the plaintiff's motion for remand (doc. 6). On July 22, 2011, the magistrate recommended that the plaintiff's motion to remand be denied and the defendants' motion to dismiss be granted. No objections to that recommendation have been received.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that the plaintiff's claims are due to be dismissed due to her failure to avail herself of available, adequate post-deprivation remedies in the Alabama state courts. Accordingly, the defendants' motion to dismiss is due to be GRANTED and this action is due to be DISMISSED. A Final Order will be entered.

DONE this the 26th day of July, 2011.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE