IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| MARSHA ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 11-J-152-NW |
| | ) |
| TOWN OF CHEROKEE, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

The case is before the court on the defendants' motion to dismiss (doc. 2) and the plaintiff's motion to remand (doc. 6). In accordance with the memorandum opinion entered contemporaneously herewith, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The plaintiff's motion to remand (doc. 6) is DENIED;

2. The defendants' motion to dismiss (doc. 2) is GRANTED.

3. This case is hereby DISMISSED.

DONE and ORDERED this 26th day of July, 2011.

INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE